# HALL'S SAFE COMPANY *v.* HERRING-HALL-MARVIN SAFE COMPANY.  (2)

*Hall's Safe Co.* v. *Herring-Hall-Marvin Safe Co.,* ante, 498, applied and followed.

No. 481.  Patent Appeals.  Submitted May 12, 1908.  Decided June 2, 1908.

HEARING on an appeal from an order of the Commissioner of Patents sustaining a demurrer to and dismissing an opposition to an application for registration of a trademark.

*Affirmed.*

*Mr. A. F. Herbsleb* for the appellant.

*Mr. Horace A. Dodge* and *Mr. William W. Dodge* for the appellee.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

The application and opposition in this case involve the right of the appellee to register, as a trademark, the words, "Hall's Safe and Lock Co." In all other respects the record is the same as that of No. 482, [*ante,* 498], with which it was submitted. For the reasons given in the opinion delivered in No. 482, the decision is affirmed. The clerk will certify this decision to the Commissioner of Patents. *Affirmed.*